JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER ANGELINE<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>        Defendant. | NO. C 09-3000-MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING |

1 | Plaintiff Amber Angeline ("Plaintiff"), and Defendant John E. Potter, Postmaster General of the United States Postal Service ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendant was recently served with the Complaint.

WHEREAS, the parties have communicated regarding certain pleading defects in Plaintiff's Complaint and wish to resolve pleading issues without motion practice.

WHEREAS Plaintiff agrees to file a First Amended Complaint to cure the pleading issues raised by Defendant.

ACCORDINGLY, Plaintiff will file a First Amended Complaint by January 7, 2010. Defendant will file a responsive pleading to Plaintiff's First Amended Complaint by February 12, 2010.

**IT IS SO STIPULATED**

DATED: November 24, 2009  LAW OFFICE OF DENISE EATON MAY

_____/s/_____
Denise Eaton May
Attorney for Plaintiff


DATED: November 24, 2009  JOSEPH RUSSONIELLO
United States Attorney

_____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant


**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:   11/30/2009

The Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
/s/ Marilyn H. Patel
Judge Marilyn H. Patel

2