1   JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CSBN 217885)
    Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone:  (415) 436-7181
6     Facsimile:    (415) 436-6748
      Email: victoria.carradero@us.doj.gov
7
    Attorneys for Defendant
8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12   AMBER ANGELINE                        )
                                           )    NO. C 09-3000-MHP
13                    Plaintiff,           )
                                           )    STIPULATION AND [PROPOSED] ORDER RE
14           v.                            )    DEADLINE FOR PLAINTIFF TO FILE AN
                                           )    AMENDED COMPLAINT AND DEADLINE
15   JOHN E. POTTER, POSTMASTER            )    FOR DEFENDANT TO FILE RESPONSIVE
     GENERAL                               )    PLEADING
16                                         )
                                           )
17                                         )
                      Defendant.           )
18                                         )
                                           )
19   _____)

20

21

22

23

24

25

26

27

28

                                                                              1

1   Plaintiff Amber Angeline ("Plaintiff"), and Defendant John E. Potter, Postmaster General of the

2   United States Postal Service ("Defendant") by and through their undersigned counsel, hereby stipulate

3   as follows:

4   WHEREAS, Defendant was recently served with the Complaint.

5   WHEREAS, the parties have communicated regarding certain pleading defects in Plaintiff's

6   Complaint and wish to resolve pleading issues without motion practice.

7   WHEREAS Plaintiff agrees to file a First Amended Complaint to cure the pleading issues raised

8   by Defendant.

9   ACCORDINGLY, Plaintiff will file a First Amended Complaint by January 7, 2010.

10   Defendant will file a responsive pleading to Plaintiff's First Amended Complaint by February 12, 2010.

11   **IT IS SO STIPULATED**

12
13   DATED: November 24, 2009                          LAW OFFICE OF DENISE EATON
                                                       MAY

14                                                     _____/s/_____
                                                       Denise Eaton May
15                                                     Attorney for Plaintiff

16

17   DATED: November 24, 2009                          JOSEPH RUSSONIELLO
                                                       United States Attorney
18

19                                                     _____/s/_____
                                                       Victoria R. Carradero
20                                                     Assistant United States Attorney
                                                       Attorneys for Defendant
21

22   **PURSUANT TO STIPULATION IT IS SO ORDERED.**

23
     DATED:   11/30/2009
24
                                                       The Honorable _____ te___
25                                                     IT IS SO ORDERED     Judge

26

27                                                     Judge Marilyn H. Patel

28
                                                                                        2