1 JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER ANGELINE<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE<br><br>        Defendants. | NO. C 09-3000-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA**<br><br>Courtroom 15, 18th floor<br>Honorable Marilyn Hall Patel |

**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 1 | Plaintiff Amber Angeline, and Defendants John E. Potter and the United States Postal Service |
| 2 | ("USPS"), by and through their undersigned counsel, hereby stipulate as follows: |
| 3 | This is an action alleging employment discrimination on the basis of sex and alleged disability. |
| 4 | Plaintiff alleges that the conduct of which she complains of in this lawsuit took place during her |
| 5 | employment with USPS in Sacramento County, which is located in the Eastern District of California. 28 |
| 6 | U.S.C. § 84(b). Further, the majority of Plaintiff's personnel records are located in the Eastern District |
| 7 | of California. Additionally, though not considered as part of Title VII's venue provisions, Plaintiff is a |
| 8 | resident of the city of Elk Grove, also located in the Eastern District of California. Accordingly, venue |
| 9 | for this action is proper in the Eastern District of California, but not in this District. |
| 10 | The parties to this action, by and through their attorneys, hereby stipulate and request of the Court |
| 11 | that this action be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1406(a). |
| 12 | Section 1406(a) provides: |
| 13 | The district court of a district in which is filed a case laying in venue in |
| 14 | the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could |
| 15 | have been brought. |
| 16 | Because venue is not proper in this District and is proper in the Eastern District, the parties believe |
| 17 | that the interests of justice require that this action be transferred to the United States District Court for |
| 18 | the Eastern District of California. |
| 19 | In addition, the parties previously stipulated that Plaintiff would file a First Amended Complaint |
| 20 | by January 7, 2010 and Defendant would file a responsive pleading by February 12, 2010. The parties |
| 21 | have met and conferred over Plaintiff's Complaint and First Amended Complaint, including, but not |
| 22 | limited to, the naming of an improper agency defendant USPS, and improper venue. Defendants |
| 23 | intended on filing a Motion to Dismiss based on improper venue and the improper named USPS |
| 24 | defendant on February 12, 2010. However, on the late afternoon of February 11, 2010, Plaintiff notified |
| 25 | Defendant via voicemail that her complaint should be in the Eastern District of California. In view of |
| 26 | the uncertainty as to when this action will be docketed and assigned to a judge in the Eastern District of |
| 27 | California, the parties further stipulate and request of the Court that the time for Defendant(s) to file a |
| 28 | |

**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA**    1

responsive pleading be extended to 35 days after the date the action is docketed and assigned to a judge in the Eastern District of California.

**IT IS SO STIPULATED**.

                Respectfully Submitted,

DATED: February 16, 2010          DENISE EATON MAY

                _____/s/_____
                Denise Eaton May
                Attorneys for Plaintiff

DATED: February 16, 2010          JOSEPH RUSSONIELLO
                United States Attorney

                _____/s/_____
                Victoria R. Carradero
                Assistant United States Attorney
                Attorneys for Federal Defendants

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

This action is hereby transferred to the United States District Court for the Eastern District of California. Defendant shall have 35 days after the date the action is docketed and assigned to a judge in the Eastern District of California to file a responsive pleading to Plaintiff's complaint.

DATED: 2/17/2010



IT IS SO ORDERED
Judge Marilyn H. Patel

2